[No. 59285-8-I.  Division One.  January 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY CALLANDRET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-08304-1, Douglas D. McBroom, J., entered December 1, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59323-4-I.  Division One.  January 14, 2008.]

SHERRY ROSS, *Respondent*, v. RUTH FAIRLEIGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-05751-1, Richard A. Jones, J., entered November 27, 2006. *Reversed* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Cox, JJ.

[No. 59498-2-I.  Division One.  January 14, 2008.]

SEUNG HAN YI, *Individually and as Personal Representative, ET AL., Appellants*, v. ESTHER KIM ET AL., *Defendants*, THE SEATTLE FULL GOSPEL CENTRAL CHURCH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-25789-0, Michael Hayden, J., entered January 19, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 59508-3-I.  Division One.  January 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. J.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-04163-3, Philip G. Hubbard, Jr., J., entered January 19, 2007. *Affirmed* by unpublished per curiam opinion.